IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES YOUNG,

      Plaintiff,         ORDER

  v.               02-cv-257-bbc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

---

  Plaintiff James Young has filed a motion pursuant to 42 U.S.C. § 406(b) asking this court to approve the payment of attorney fees to his attorneys, the law firm of Daley, DeBofsky & Bryant, in the amount of $20,621.81. This amount represents 25 percent of the past-due benefits awarded to plaintiff and his auxiliary child by the Social Security Administration, less $20,637.94 in attorney fees that this court awarded previously to the Daley firm pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Having considered the brief and supporting materials filed by plaintiff's attorney, and hearing no objection from plaintiff or defendant, I will grant the motion. The fees requested by plaintiff's attorneys are reasonable in light of the time they spent on this case and the favorable result they obtained for plaintiff.

ORDER

IT IS ORDERED that plaintiff's motion for an order approving an award of attorney fees pursuant to 42 U.S.C. § 406(b) is GRANTED.  Plaintiff's attorneys, the law firm of Daley, DeBofsky & Bryant, are entitled to attorney fees in the amount of $20,621.81.  This amount represents 25 percent of plaintiff's past-due benefits awarded by the Social Security Administration, less $20,637.94 in attorney fees that this court awarded previously to the Daley firm pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  Pursuant to the Social Security Contingent Fee Contract attached to the fee petition, this fee award is payable directly to the law firm of Daley, DeBofsky & Bryant.

Entered this 14th day of February, 2008.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge